Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASK,

2025 MAY 27 AM 11: 11

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Rodney Jackson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sodexo, Inc.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____8:25CV369_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rodney Jackson |
| Street Address | 38 Pearl St. Apt. 808 |
| City and County | Council Bluffs, ~~IA~~ ~~51503~~ Pottawattamie |
| State and Zip Code | Iowa  51503 |
| Telephone Number | 402-350-0831 |
| E-mail Address | rodneyjackson1964@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                             Jason

Job or Title *(if known)*        Manager of Sodexo

Street Address                   602 North 20th St.

City and County                  Omaha          Douglas

State and Zip Code               Nebraska       68102

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                             Kimberly J. Hansen

Job or Title *(if known)*

Street Address                   915 Meeting St., Ste. 1500

City and County                  North Bethesda

State and Zip Code               MD       20852

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

◻ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* __Rodney Jackson__, is a citizen of the State of *(name)* __Iowa__.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* __Jason / Kimberly__ R.J. J. Henson, is a citizen of

   the State of *(name)* __Nebraska / Maryland__ R.J. Or is a citizen of

   *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.      If the defendant is a corporation        R.J.

The defendant, *(name)* _Kimberly J. Hansen_ , is incorporated under

the laws of the State of *(name)* _Maryland R.J._ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000 in monetary damages

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

please see attached page(s)

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Monetary Damages

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form Is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 32G-2025-00012 |
| | FEPA | 24-1121-065-ERA |

| Omaha Human Rights and Relations Department | and EEOC |
|---|---|
| State or local Agency, if any | |

**THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):***

I allege that based on my race (black), age (59 years), and disability, the Respondent subjected me to a hostile work environment, suspended and discharged me, in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the Americans with Disabilities Act of 1990, as amended, and the Omaha Municipal Code Section 13-89 because:

1. My race is black, my age is 59 years old, and I have a disability.
2. I began my employment with the Respondent in or around 2021 as a Cashier and Dishwasher, and I performed satisfactorily.
3. I was supervised by Jason LNUK (white, 50s, no known disabilities).
4. In or around December 2023, Kitchen Cook Guy LNUK (black, 40s, no known disabilities) began harassing me by repeatedly calling me a "lazy motherfucker" due to needing to sit down at work because of my disability.
5. In or around August 2024, I reported the harassment to Kitchen Manager Charlie Cullman (black, 70s, no known disabilities) and in or around October 2024, I reported it to Jason on at least three separate occasions. The harassment continued and was severe and pervasive to create a hostile work environment.
6. On November 6, 2024, Guy initiated a verbal altercation with me. My walker slipped out from under me when I turned to walk away, and I fell, breaking my teeth, and landing upon Cullman who broke her hip and wrist due to the impact. Jason told me to go home and I complied. Guy was not sent home.
7. On November 7, 2024, I was suspended and on November 12, 2024, I was discharged, due to the incident that occurred on November 6, 2024.
8. ***On November 25, 2024, I received a letter from Creighton University barring me from their property. I allege that Sodexo instructed Creighton to write such letter to discriminate against me.***
9. I believe I was subjected to a hostile work environment, suspended, and discharged due to my race, age, and disability.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2-7-25 | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |
| Date          Charging Party Signature | |

Rodney F Jackson
38 Pearls St Apt 808
Council Bluffs Iowa
51503

CPU

U.S. POSTAGE IMI
$1.29
FCML    RDC 99
Orig: 51501
Dest: 68102
05/24/25
2000051410

RECEIVED
MAY 27 2025
CLERK
U.S. DISTRICT COURT

ATTN: Clerk of Court
Office of the Clerk
United States District Court
Roman Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE. 68102-1322